### WOOD *v.* HORTON & SMITH.

COBB, J.   No error of law was complained of.   While the evidence was conflicting and appears to preponderate against the verdict, still the same can be supported by inferences legitimately drawn from the evidence introduced in behalf of the prevailing party ; and the discretion of the trial judge in refusing to grant a new trial will not be controlled.

> *Judgment affirmed.    All the Justices concurring.*

Argued April 5, — Decided April 27, 1901.

Action on warranty.   Before Judge Henry.   Floyd superior court.   January 3, 1901.

*M. B. Eubanks*, for plaintiff in error.

*G. A. H. Harris & Son* and *R. L. Chamlee*, contra.